# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0168

_____

BILLY ISAAC BREWER,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John Miller, Judge.

May 2, 2025

PER CURIAM.

 DISMISSED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eric D. Schurger of Schurger Law Firm PLLC, Gulf Breeze, for Appellant.

No appearance for Appellee.